Portia Baker et al., Heirs at Law of Ralph G. Freeman, Deceased, Appellants, v. Mary B. Faulkner, Appellee.

Gen. No. 46,544. 

First District, First Division.

January 31, 1955.

Released for publication February 23, 1955.

David J. Maddox, for appellants; T. Renfroe Eaton, for appellee. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**